# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV 15 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

                              Plaintiff,

        vs.

GILBERTO ARROYO-VELAZQUEZ (01)

                              Defendant.

Case No. 18CR4250-AJB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or
___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment:

        8:1326(a),(b) - Removed Alien Found in the United States (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 11/14/2018

                              _____
                              Hon. Anthony J. Battaglia
                              United States District Judge